FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Mathew Carter Page**               Case No.
                         Debtor(s)          Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Mathew Carter Page** | S.S.# **xxx-xx-9888** |
| | (W) | S.S.# |
| ADDRESS: | **3440 Mayflower** | |
| | **Memphis, TN 38122** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **405.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **YES**             OR (X) DIRECT PAY | |
| | BECAUSE:  Debtor is self employed | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Self Employed** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:    If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Wells Fargo Home Mortgage**
(3440 Mayflower
Memphis, TN 38122)

| | | | | | |
|---|---|---|---|---|---|
| | Ongoing pmt. Begin  November 2012 | | | | $ **572.00** |
| | Approx. arrearage  **4,617.00** | Interest | **0.00** | % | $ **77.00** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **VW Credit, Inc (2004 Dodge Durango)** $ | **Value: 6,837.50** | **5.25** % | $ **130.00** |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$13,569.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **Executory contracts and unexpired leases are rejected unless specifically assumed in this plan.**
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:       **Arthur Ray 5173**
**Arthur Ray Law Offices**
**6244 Poplar Ave., Ste. 150**
**Memphis, TN 38119-4733**
**(901) 682-1500 Fax:(901) 248-6800**